UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FRANKIE MONEGRO,
                  Plaintiff,

         -against-

AXEL GLADE LLC,
                  Defendants.
------------------------------------------------------------- X

21 Civ. 1494 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for April 22, 2021. Dkt. No. 6.

    WHEREAS, on April 15, 2021, the parties filed a joint letter and proposed case management plan.  Dkt. No. 9.

    WHEREAS, no other significant issue were raised in the parties' joint letter or proposed case management plan.  *See* Dkt. No. 9.

    WHEREAS, the joint letter states that "a settlement conference would be more appropriate at or near the time than an answer has been filed," and the proposed case management plan requests referral to the Court-annexed Mediation Program.  Dkt. No. 9.

    WHEREAS, on April 20, 2021, Defendant filed an answer.  It is hereby

    **ORDERED** that the **April 22, 2021**, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  A referral to the Court-annexed Mediation Program and the case management plan will issue separately.

Dated: April 21, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE